**Order entered August 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01175-CV

**THE GOLD FEATHER, INC., ET AL., Appellants**

**V.**

**CITY OF FARMERS BRANCH, TEXAS, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14630-M**

## ORDER

The Court has before it appellants' August 23, 2013 motion to extend time to file notice of appeal. The Court **GRANTS** the motion and **ORDERS** that the notice of appeal tendered on August 23, 2013 be timely filed as of that date.

/s/    ELIZABETH LANG-MIERS
        JUSTICE